UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FRANCO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>E-3 SYSTEMS, a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. Case No.4:19-cv-02854-HSG<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date: October 24, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: The Hon. Haywood S. Gilliam, Jr<br><br>*[filed concurrently with Plaintiff's Request for Telephonic Appearance]* |

# ORDER

Plaintiff Jose Franco's Request for Telephonic Appearance at the Motion for Remand Hearing and Case Management Conference is set for October 24, 2019 at 2:00 p.m. at 2:00 p.m. is **DENIED.**

**IT IS SO ORDERED.**

DATED: 10/10/2019

Hon. Haywood S. Gilliam, Jr
Judge of the U.S. District Court