JOHN F. McINTYRE, JR., ESQ., State Bar No. 172128
KEVIN R. ELLIOTT, ESQ., State Bar No. 276295
SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126-1144
[408] 298-6611
[408] 275-0814 Facsimile
Email: jmcintyre@sheamcintyre.com

Attorneys for Defendant
E-3 SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FRANCO, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>E-3 SYSTEMS, a California corporation, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 4:19-cv-02854-HSG<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Currently Scheduled Date: 12/10/19<br>Proposed Date: 12/19/19 @ 2:00pm<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2 |

## **STIPULATION**

WHEREAS, the Case Management Conference is presently set for December 10, 2019 at 2:00 p.m. in Courtroom 2, the Honorable Haywood S. Gilliam, Jr. Presiding.

WHEREAS, Defendant's counsel has a trial in another matter to attend on the presently set Case Management Conference of December 10, 2019 and therefore cannot attend the presently set Case Management Conference.

WHEREAS, Defendant's counsel cleared the proposed new Case Management Conference date of December 19, 2019 with Plaintiff's counsel via email on December 4, 2019.

WHEREAS, Defendant's counsel and Plaintiff's counsel have agreed to continue the Case Management Conference to December 19, 2019 at 2:00 p.m.

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

1

Case No. 4:19-cv-02854-HSG
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

That the Case Management Conference shall be continued from December 10, 2019 to December 19, 2019 at 2:00 p.m. in Courtroom 2, the Honorable Haywood S. Gilliam, Jr. Presiding.

IT IS SO STIPULATED.

Dated: December 4, 2019                          SHEA & McINTYRE, A.P.C

By:    /s/ Kevin R. Elliott
       JOHN F. McINTYRE, JR.
       KEVIN R. ELLIOTT
      Attorneys for Defendant, E-3 SYSTEMS, INC.

Dated: December 4, 2019                          DAVID YEREMIAN & ASSOCIATES, INC.

By:    /s/ ROMAN SHKODNIK
       ROMAN SHKODNIK
     Attorney for Plaintiff, JOSE FRANCO

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

2
Case No. 4:19-cv-02854-HSG
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

## **ORDER ON STIPULATION**

Having reviewed the stipulation, and good cause appearing:

IT IS SO ORDERED that the Case Management Conference shall be, and hereby is continued from, December 10, 2019 to December 19, 2019 at 2:00 p.m. in Courtroom 2, the Honorable Haywood S. Gilliam, Jr. Presiding.

**IT IS SO ORDERED.**

Dated: 12/5/2019

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
JUDGE OF THE U.S. DISTRICT COURT

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

3

Case No. 4:19-cv-02854-HSG
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE